IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARTHA DAVIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv139-MEF |
| | ) |
| UNITED STATES OF AMERICA, | )          (WO - Do Not Publish) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

On February 6, 2008 (Doc. #7), Petitioner Martha Davis filed a "Motion for Permission to Dismiss Action," in which she requests permission to withdraw her motion for relief under 28 U.S.C. § 2255 and to terminate further proceedings in this matter.

Upon consideration of the instant motion, and for good cause, it is hereby ORDERED that:

1. Petitioner's motion to withdraw her motion for relief under 28 U.S.C. § 2255 is GRANTED; and

2. This action is DISMISSED without prejudice.

3. The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

Done this 12th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE